FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

OCT 17 2012

JAMES N. HATTEN, CLERK
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ORBIT ONE COMMUNICATIONS, LLC and NUMEREX SOLUTIONS, LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> MOREY CORPORATION, <br><br> Defendant. | Civil Action No.: <br> 1:12-cv-00617-JOF |

## AGREED ORDER OF DISMISSAL

At the joint request of the parties and the Court having been advised that the parties have executed and mutually exchanged a Confidential Settlement and Mutual Release Agreement as of October 10, 2012, it is hereby ORDERED THAT this action is dismissed with prejudice, each party to bear its own attorneys' fees and costs.

DATED: October 17, 2012.

_____
Hon. J. Owen Forrester, U.S. District Judge

{00260121.DOC / }